NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| GEORGE WILSON, | : | |
| Petitioner, | : | **ORDER** |
| v. | : | Civ. No. 04-5568 (WHW) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**Walls, District Judge**

It is on this 5th day of July, 2006,

ORDERED that Petitioner's Motion to Vacate his sentence, pursuant to 28 U.S.C. § 2255, is DENIED; and it is further

ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(c)(2), the Petitioner having failed to make a substantial showing of the denial of a constitutional right.

s/William H. Walls
United States Senior District Judge